IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 12-cr-00522-REB-01

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

TIMOTHY MICHAEL OWENS,

        Defendant.

---

**ORDER TO SURRENDER IN LIEU OF
TRANSPORTATION BY THE UNITED STATES MARSHAL**

---

        IT IS ORDERED that Defendant, TIMOTHY MICHAEL OWENS, having been sentenced in the above-named case to the custody of the Bureau of Prisons, shall surrender himself by reporting to the Warden, Federal Correctional Institution Seagoville, in Seagoville, Texas, on September 4, 2013, by 12:00 p.m. (noon), and shall travel at his own expense.

        DATED at Denver, Colorado, this 19th day of August, 2013.

        BY THE COURT:

*Bob Blackburn*
Robert E. Blackburn
United States District Judge